# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CASE NO. 1:04-MJ-02130-BAM
     )
VINCENT MANUEL LOPEZ

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **VINCENT MANUEL LOPEZ**

Detained at (custodian): **Avenal State Prison**

Detainee is: a.) ☒ charged in this district by:
    ☐ Indictment     ☐ Information     ☒ Complaint
Charging Detainee With: **18 U.S.C. § 510 – Forging Endorsements on Treasury Checks of the United States**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California on **Thursday, December 9, 2012, at 1:30 p.m.**, Courtroom 8, 6th Floor, before the Honorable Magistrate Judge Barbara A. McAuliffe.*

Signature:/s/    Ian P. Whitney
Printed Name & Phone No: **IAN P. WHITNEY**   **(559) 497-4086**
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, , and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

    /s/ Barbara A. McAuliffe
Date    12/4/2013     United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Vincent Manuel Lopez | Male ☒ | Female ☐ |
| Booking or CDC #: | Prisoner #Ak8989   Release date: 01/21/2014 | DOB: | 01/01/1977 |
| Facility Address: | ASP-Facility C - 1 Kings Way (P.O. Box 903) | Race: | Hispanic |
| | Avenal, CA 93204 | FBI #: | |
| Facility Phone: | (559) 386-0587 | | |
| Currently Incarcerated For: | Possible Car Jacking and False Info to Officer PC 215A and VC31 | | |

### RETURN OF SERVICE

Executed on      by

    (Signature)

Form Crim-48     Revised 11/19/97