# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 13 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

UNITED STATES OF AMERICA )
v. ) CASE NO. 1:04-MJ-02130-BAM
)
VINCENT MANUEL LOPEZ

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum.

Name of Detainee: **VINCENT MANUEL LOPEZ**

Detained at (custodian): **Avenal State Prison**

Detainee is:  a.) ☒ charged in this district by:
☐ Indictment   ☐ Information   ☒ Complaint
Charging Detainee With: **18 U.S.C. § 510 – Forging Endorsements on Treasury Checks of the United States**

or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☐ return to the custody of detaining facility upon termination of proceedings
or  b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary in the Eastern District of California on **Monday, December 23, 2012, at 1:30 p.m., Courtroom 10, 6th Floor**, before the Honorable Magistrate Judge Gary S. Austin.

Signature: /s/ Ian P. Whitney
Printed Name & Phone No: **IAN P. WHITNEY   (559) 497-4086**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, , and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 12/13/13   United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Vincent Manuel Lopez | Male ☒ | Female ☐ |
| Booking or CDC #: | Prisoner #Ak8989   Release date: 01/21/2014 | DOB: | 01/01/1977 |
| Facility Address: | ASP-Facility C - 1 Kings Way (P.O. Box 903) | Race: | Hispanic |
| | Avenal, CA 93204 | FBI #: | |
| Facility Phone: | (559) 386-0587 | | |
| Currently Incarcerated For: | Possible Car Jacking and False Info to Officer PC 215A and VC31 | | |

### RETURN OF SERVICE

Executed on _____ by _____
(Signature)

Revised 11/19/97
Form Crim-48