# United States District Court

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**VINCENT MANUEL LOPEZ**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:04-MJ-02130-001**<br><br>Janet Bateman, AFD<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of charge(s) **1, 2** as alleged in the violation petition filed on **March 31, 2006.**

[ ] was found in violation of condition(s) of supervision as to charge(s) after denial of guilt, as alleged in the violation petition filed on .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Occurred Nature of Violation | Date Violation |
|---|---|---|
| ONE | FAILURE to ADVISE the PROBATION OFFICER of HIS WHEREABOUTS | MARCH 6, 2006 |
| TWO | FAILURE to REFRAIN FROM the USE of a CONTROLLED SUBSTANCE | JANUARY 12, 2006 and FEBRUARY 10, 2006 |

The court: [X] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on **08/05/2005** .

The defendant is sentenced as provided in pages 2 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] Charge(s) 3, 4 and 5 are Dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

February 21, 2014
Date of Imposition of Sentence

/s/ Barbara A. McAuliffe
Signature of Judicial Officer

**BARBARA A. McAULIFFE**, U. S. Magistrate Judge
Name & Title of Judicial Officer

Signature Date: 3/4/2014

CASE NUMBER:          1:04-MJ-02130-001
DEFENDANT:    VINCENT MANUAL LOPEZ

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 MONTHS** .

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect. While incarcerated, payment of any financial obligations are due during imprisonment of not less that $25.00 per quarter and payment shall be made through the Bureau of Prison Inmate Financial Responsibility Program.**

[ ]     No TSR: Defendant shall cooperate in the collection of DNA.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[X]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___on___ .
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before on ___ .
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

_____ , with a certified copy of this Judgment.

_____
United State Marshal

By _____
   Deputy Marshal